**EDMUND DALEY** *versus* **JOHN DALEY.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Motion for leave to amend *p. 95; (2) leave given to amend *p. 97; (3) motion to dissolve injunction *p. 102; (4) exceptions to answer referred to master *p. 123; (5) motion for commitment for breach of injunction *p. 126.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

**HIRAM DODGE** *versus* **EBENEZER LATHROP AND ELMIRA LATHROP.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to appear, copy of rule ordered published *p. 97; (2) bill taken as confessed, referred to master *p. 119; (3) master's report confirmed, decree *p. 120.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

**LEMUEL MORSE** *versus* **ROBERT CLARKE, JR., THOMAS W. LANGLEY, HIRAM W. FOSTER, CHARLES JOHNSTON, CHARLES H. STEWART, NEIL McGAFFEY, DeGARMO JONES, AND JOSIAH R. DORR.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to plead, answer, or demur *p. 100; (2) motion to take bill as confessed and for reference to master *p. 113; (3) bill taken as confessed, referred to master *p. 114; (4) master's report confirmed, demurrer overruled, rule to plead or answer *p. 123; (5) bill taken as confessed *p. 133; (6) master's report confirmed, decree *p. 135.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

**JOHN WOODWARD, ADMINISTRATOR, ETC., OF AUGUSTUS B. WOODWARD, DECEASED,** *versus* **ISAAC S. ROWLAND, ADMINISTRATOR, ETC., OF JOHN LAWSON, DECEASED.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to plead, answer, or demur *p. 100; (2) motion for decree pro confesso and for reference to master *p. 113; (3) bill taken as confessed, referred to master *p. 114; (4) master's report confirmed, decree *p. 121.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

**IN THE MATTER OF THE ESTATE OF ANDREW WESBROOK, DECEASED (JOHN HOWARD AND JOHN DREW, PETITIONERS).**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule for publication of notice *p. 108; (2) license to convey *p. 119.
PAPERS IN FILE: (1) Petition; (2) acknowledgment by executors of notice, etc.; (3) proof of publication of notice; (4) draft of license.
*1824–36 Calendar,* MS p. 248.

**LEVINA SMITH** *versus* **ALVAH SMITH.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Time fixed for hearing, notice ordered given *p. 109; (2) petition taken as confessed, referred to master *p. 116; (3) decree *p. 123.
PAPERS IN FILE: (1) Petition; (2) copy of order fixing time for hearing, proof of service; (3) depositions of Ethan Lapham, Mary Thornton, Milley Lapham, Alma McDonald, D. P. McDonald, Hannah Cator, Simon Downer.
*1824–36 Calendar,* MS p. 253 [a].